## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PETER FELIX, | * | CASE NO. 16-31028 |
| aka Peter Felix, III and wife, | * | CHAPTER 13 |
| MARINA FELIX, | * | |
| | * | |
| Debtors. | * | |

## MOTION FOR EXTENSION OF AUTOMATIC STAY
## PURSUANT TO §362(c)(3)(B)

**TO THE HONORABLE H. CHRISTOPHER MOTT, US BANKRUPTCY JUDGE:**

Come now, **PETER FELIX** and wife, **MARINA FELIX**, Debtors herein, by and through their attorney of record, **ERIC M. MARTINEZ with the MARTINEZ LAW FIRM**, and file this Motion for Extension of Automatic Stay pursuant to 11U.S.C.§362(c)(3)(B), request an order extending the automatic stay as provided by 11U.S.C.§362(a) as to all creditors. In support of this motion, the Debtors state the following:

I.

The Debtors filed a petition under Chapter 13 on July 7, 2016 in cause number 16-31028.

II.

Mr. Peter Felix previously filed a Chapter 13 case on July 25, 2013 in cause number 13-31209. That case was dismissed (without prejudice) on June 17, 2016.

III.

The previous case was dismissed for failure to make plan payments.

IV.

Mr. Felix fell behind on his payments in his prior Chapter 13 due to a decline in business. The business has picked up and the income is steady now. The Debtors believe they will be able to make regular and timely plan payments.

V.

For these and other reasons the petition in this case has been filed in good faith. The Debtors believe sincerely that the Chapter 13 Plan that they have submitted will be confirmed and that they will be able to fully perform under the terms of their proposed plan.

VI.

The Debtor's prior Chapter 13 case, dismissed on August 31, 2015, was the only previous case pending by the Debtor during the preceding twelve (12) months.

VII.

In Mr. Felix's prior Chapter 13 case filed on July 25, 2013 there was a Motion for Relief filed by Nationstar Mortgage, LLC on March 18, 2015 and an Agreed Order was entered on June 8, 2015.

**WHEREFORE, PREMISES CONSIDERED,** Debtors pray that after Notice and a Hearing, the Court extend the automatic stay under 11U.S.C.§362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under 11U.S.C.§362(c)(1) or 11U.S.C.§362(c)(2), or a motion for relief is granted under 11U.S.C.§362(d).

DATED this the 6th day of July, 2016.

                                                    Respectfully submitted,

                                                    **MARTINEZ LAW FIRM**

| | |
|---|---|
| **/s/ Peter Felix** | **/s/ Eric M. Martinez** |
| **PETER FELIX, Debtor** | **ERIC M. MARTINEZ** |
| | SBN: 24034822 |
| | Attorney for Debtor |
| **/s/ Marina Felix** | 5601 Montana Ave., S-A |
| **MARINA FELIX, Joint Debtor** | El Paso, TX 79925 |
| | Email: ericmartinez1@yahoo.com |
| | (915) 490-0063 / Fax (915) 772-0257 |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument to Mr. Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino, El Paso, TX 79936, to the US Trustee, P.O. Box 1539, 615 E. Houston St, Rm 343, San Antonio, TX 78295-1539, to the Debtors, Mr. & Mrs. Peter Felix, 11534 Jacquelin Ann, El Paso, TX 79936, and to all creditors listed herein on the attached matrix on this the 7th day of July, 2016.

                                                    **/s/ Eric M. Martinez**
                                                    **ERIC M. MARTINEZ**

16-31028-hcm Doc#7 Filed 07/07/16 Entered 07/07/16 11:31:26 Main Document Pg 4 of 5

Debtor(s): Peter Felix
Marina Felix
Case No: 16-31028
Chapter: 13
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| Ahern<br>1401 Mineral Ave.<br>Las Vegas, NV 89106 | Chase<br>201 N. Walnut St.<br>Wilmington, DE 19801 | Marina Felix<br>11534 Jacquelin Ann<br>El Paso, TX 79936 |
| Altair OH XIII, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., S-400<br>Seattle, WA 98121 | Chemical Transportation, Inc.<br>c/o Law Offices of Stephen Nick<br>1201 N Mesa, S-B<br>El Paso, TX 79902 | Martinez Law Firm<br>5601 Montana Ave., Suite A<br>El Paso, TX 79925 |
| American Express<br>c/o Becket & Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296 | MB Fin Serv<br>P.O. Box 9223<br>Farmington, MI 48333 |
| Antio, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., S-400<br>Seattle, WA 98121 | Crowson, Walker<br>Attorney at Law<br>725 S. Mesa Hills, B2, S-2<br>El Paso, TX 79912 | Mercedes-Benz Financial Serv.<br>BK Servicing, LLC<br>P.O. Box 131265<br>Saint Paul, MN 55113 |
| Ashley Funding Serv., LLC<br>Resurgent Capital Serv.<br>P.O. Box 10587<br>Greenville, SC 29603 | Discover<br>P.O. Box 3025<br>New Albany, OH 43054 | Miranda & Maldonado, PC<br>5915 Silver Springs Dr.<br>El Paso, TX 79912 |
| Attorney General of the United<br>Dept of Justice<br>950 Pennsylvania NW<br>Washington, DC 20530 | El Paso Electric Co.<br>Attn: JJ Jimenez<br>100 N. Stanton St.<br>El Paso, TX 79901 | Nationstar Mortgage<br>Attn: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas, TX 75261 |
| Bain Construction<br>14160 Blair Dr.<br>El Paso, TX 79928 | Grupo Arte Capital Corp<br>c/o Clyde A. Pine, Jr.<br>P.O. Box 1977<br>El Paso, TX 79950 | Peter Felix<br>11534 Jacquelin Ann<br>El Paso, TX 79936 |
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Portfolio Recovery Assoc<br>P.O. Box 12914<br>Norfolk, VA 23541 |
| CACH, LLC<br>4340 S Monaco St Unit 2<br>Denver, CO 80237 | Internal Revenue Service<br>Special Procedures Staff<br>Stop 5022 AUS, 300 E. 8th St.<br>Austin, TX 78701 | Sears<br>P.O. Box 6189<br>Sioux Falls, SD 57117 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272 | Linebarger, Goggan, Blair & Samp<br>711 Navarro, S-300<br>San Antonio, TX 78205 | Security Credit Serv<br>P.O. Box 1156<br>Oxford, MS 38655 |

16-31028-hcm Doc#7 Filed 07/07/16 Entered 07/07/16 11:31:26 Main Document Pg 5 of 5

Debtor(s): Peter Felix
Marina Felix
Case No: **16-31028**
Chapter: **13**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

```
Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999


TD Auto Finance
P.O. Box 551080
Jacksonville, FL 32255


Titlemax
12496 Montana Ave.
El Paso, TX 79938


United States Attorney
601 N.W. Loop 401, Suite 600
San Antonio, TX 78216


VW Credit, Inc.
National Bankruptcy Serv.
9441 LBJ Freeway, S-250
Dallas, TX 75243


Watson Law Firm
1123 E. Rio Grande
El Paso, TX 79902


Weinstein & Riley, PS
6785-4 Eastern Ave.
Las Vegas, NV  89119
```