## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PETER FELIX, | * | CASE NO. 16-31028 |
| aka Peter Felix, III and wife, | * | CHAPTER 13 |
| MARINA FELIX, | * | |
| Debtors. | * | |

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that the Debtors have filed a Motion for Expedited Hearing for Continuation of Automatic Stay on all Creditors in a Case Filed After One Prior Dismissal Within the Preceding Year of Filing.

A hearing to consider and act upon the Motion will be held on **Wednesday, July 20, 2016 at 12:30 P.M., United States Bankruptcy Court, 511 E. San Antonio, 4th Fl., El Paso, Texas.**

Dated this the 18th day of July, 2016.

Respectfully submitted,
**MARTINEZ LAW FIRM**

**/s/ Eric M. Martinez**
**ERIC M. MARTINEZ**
SBN: 24034822
Attorney for Debtor
5601 Montana Ave., S-A
El Paso, TX 79925
Email: ericmartinez1@yahoo.com
Ph: (915) 490-0063
Fax: (915) 772-0257

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument to Mr. Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino, El Paso, TX 79936, to the Mr. and Mrs. Peter Felix, 11534 Jacquelin Ann, El Paso, TX 79936, and to all of the creditors on the attached matrix on this the 19th day of July, 2016.

**/s/ Eric M. Martinez**
**ERIC M. MARTINEZ**

Ahern
1401 Mineral Ave.
Las Vegas, NV 89106

Chase
201 N. Walnut St.
Wilmington, DE 19801

Jay W. Hurst
Asst Atty General
P.O. Box 12548
Austin, TX 78711

Altair OH XIII, LLC
c/o Weinstein & Riley, PS
2001 Western Ave., S-400
Seattle, WA 98121

Chemical Transportation, Inc.
c/o Law Offices of Stephen Nick
1201 N Mesa, S-B
El Paso, TX 79902

Linebarger, Goggan, Blair & Samp
711 Navarro, S-300
San Antonio, TX 78205

American Express
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Clyde A. Pine, Jr.
Attorney at Law
P.O. Box 1977
El Paso, TX 79999

Marina Felix
11534 Jacquelin Ann
El Paso, TX 79936

Antio, LLC
c/o Weinstein & Riley, PS
2001 Western Ave., S-400
Seattle, WA 98121

Compass Bank
P.O. Box 10566
Birmingham, AL 35296

Martinez Law Firm
5601 Montana Ave., Suite A
El Paso, TX 79925

Ashley Funding Serv., LLC
Resurgent Capital Serv.
P.O. Box 10587
Greenville, SC 29603

Crowson, Walker
Attorney at Law
725 S. Mesa Hills, B2, S-2
El Paso, TX 79912

MB Fin Serv
P.O. Box 9223
Farmington, MI 48333

Attorney General of the United
Dept of Justice
950 Pennsylvania NW
Washington, DC 20530

Discover
P.O. Box 3025
New Albany, OH 43054

Mercedes-Benz Financial Serv.
BK Servicing, LLC
P.O. Box 131265
Saint Paul, MN 55113

Bain Construction
14160 Blair Dr.
El Paso, TX 79928

El Paso Electric Co.
Attn: JJ Jimenez
100 N. Stanton St.
El Paso, TX 79901

Miranda & Maldonado, PC
5915 Silver Springs Dr.
El Paso, TX 79912

Bank of America
P.O. Box 982235
El Paso, TX 79998

Grupo Arte Capital Corp
c/o Clyde A. Pine, Jr.
P.O. Box 1977
El Paso, TX 79950

Nationstar Mortgage
Attn: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261

CACH, LLC
4340 S Monaco St Unit 2
Denver, CO 80237

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Peter Felix
11534 Jacquelin Ann
El Paso, TX 79936

Capital One
P.O. Box 71083
Charlotte, NC 28272

Internal Revenue Service
Special Procedures Staff
Stop 5022 AUS, 300 E. 8th St.
Austin, TX 78701

Portfolio Recovery Assoc
P.O. Box 12914
Norfolk, VA 23541

16-31028-hcm Doc#11 Filed 07/19/16 Entered 07/19/16 10:08:18 Main Document Pg 3 of 3

Debtor(s): Peter Felix
Marina Felix

Case No: 16-31028
Chapter: 13

WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Sears
P.O. Box 6189
Sioux Falls, SD 57117


Security Credit Serv
P.O. Box 1156
Oxford, MS 38655


Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999


TD Auto Finance
P.O. Box 551080
Jacksonville, FL 32255


Titlemax
12496 Montana Ave.
El Paso, TX 79938


United States Attorney
601 N.W. Loop 401, Suite 600
San Antonio, TX 78216


VW Credit, Inc.
National Bankruptcy Serv.
9441 LBJ Freeway, S-250
Dallas, TX 75243


Watson Law Firm
1123 E. Rio Grande
El Paso, TX 79902


Weinstein & Riley, PS
6785-4 Eastern Ave.
Las Vegas, NV  89119