UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETER FELIX and MARINA FELIX | § | CASE NO. 16-31028-hcm |
| | § | |
| DEBTORS. | § | CHAPTER 13 |
| _____/ | | |

**MOTION FOR ADMISSION PRO HAC VICE**

**TO THE HONORABLE H. CHRISTOPHER MOTT:**

Comes now, Stephen P. Drobny, Esq. (the "Applicant") moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent RREF II CB III-TX TWO, LLC ("RREF") in this case, and would respectfully show the Court:

1. Applicant is an attorney and a member of:

**Jones Walker LLP**
201 South Biscayne Boulevard, Suite 2600
Miami, Florida 33131
305.679.5700 (t); 305.679.5710 (f)
sdrobny@joneswalker.com

2. Since 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of Florida. Applicant's Florida bar license number is 55732.

3. Applicant is admitted to practice before the following federal courts:

| Court(s) | Date(s) of Admission |
|---|---|
| C.D. Cal. | 2004 |
| E.D. Cal. | 2003 |

{M1202616.1}

| | |
|---|---|
| N.D. Cal. | 2004 |
| S.D. Cal. | 2004 |
| M.D. Fla. | 2008 |
| N.D. Fla. | 2008 |
| S.D. Fla. | 2008 |
| N.D. GA | 2014 |
| M.D. GA | 2014 |
| S.D. GA | 2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. In the preceding twelve months, Applicant requested and received admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in Case No. 16-51034-rbk, which was filed on May 2, 2016.

**WHEREFORE**, Applicant prays that this Court enter an order, substantially in the form annexed hereto as **Exhibit "A"**, permitting the admission of Stephen P. Drobny, Esq. to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Dated: July 19, 2016

                                                Respectfully submitted,

                                                JONES WALKER LLP
                                                *Attorneys for RREF II CB III-TX TWO, LLC*
                                                201 Biscayne Blvd., Suite 2600
                                                Miami, Florida 33131
                                                Email: *sdrobny@joneswalker.com*
                                                Telephone: (305) 679-5700
                                                Facsimile: (305) 679-5710

                                                By: */s/Stephen P. Drobny*
                                                         Stephen P. Drobny, Esq.
                                                         Fla. Bar No. 55732
                                              **(Pending Admission Pro Hac Vice)**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and upon the Clerk of the Court on July 19, 2016.

                                                */s/ Stephen P. Drobny*
                                                Stephen P. Drobny, Esq.
                                                201 South Biscayne Boulevard, Suite 2600
                                                Miami, Florida 33131
                                                305.679.5700 (t)
                                                sdrobny@joneswalker.com

**Exhibit "A"**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETER FELIX and MARINA FELIX | § | CASE NO. 16-31028-hcm |
| | § | |
| DEBTORS. | § | CHAPTER 13 |
| _____/ | | |

**ORDER**

BE IT REMEMBERED on this the _____ date of _____, 2016, there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Stephen P. Drobny, Esq. (the "Applicant"), counsel for RREF II CB III-TX TWO, LLC and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED and Applicant may appear on behalf of RREF II CB III-TX TWO, LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

{M1202616.1}

{M1202616.1}

16-31028-hcm Doc#13 Filed 07/19/16 Entered 07/19/16 13:13:46 Main Document Pg 5 of 5