IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| PETER FELIX and wife, | * | CASE NO. 16-31028 |
| MARINA FELIX, | * | |
| | * | CHAPTER 13 |
| Debtors. | * | |

**OBJECTION TO THE CLAIM OF RREF II CB ACQUISITIONS, LLC; COMPASS BANK; STATE NATIONAL BANK, CLAIM #2**

**NOTICE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Come now, **PETER FELIX and MARINA FELIX,** Debtors, by and through their attorney of record in this case, **ERIC M. MARTINEZ** with the **MARTINEZ LAW FIRM,** and respectfully files this Objection to the Claim of **RREF II CB ACQUISITIONS, LLC** being **Claim No. 2** on the Court's Claim Docket in the amount of $729,131.52. As grounds, Debtors would show the Court as follows:

**I.**

The Debtors filed for relief under Chapter 13 of Title 11 of the Bankruptcy Code on July 7, 2016, proposing monthly payments of $3,400.00 for sixty (60) months, with an anticipated dividend of approximately 12% to unsecured creditors. Debtors' plan has not been confirmed.

**II.**

Debtors respectfully requests that the claim of **RREF II CB ACQUISITIONS, LLC** be denied. The loan was taken out by Viva International, Inc. with a personal guarantee by the debtors. This debt is currently being paid by the corporation. The corporation, Viva International, Inc., filed a Chapter 11 Bankruptcy, filed on August 12, 2013, in cause number 13-31317, to help reorganize it's debts.

**WHEREFORE, PREMISES CONSIDERED,** Debtors pray that after notice to creditor and parties in interest, the claim of **RREF II CB ACQUISITIONS, LLC**, being Claim No. 2 on the Court's Claim Docket in the amount of $729,131.52, be removed in its entirety.

DATED this the 1st day of August, 2016.

Respectfully submitted,

**MARTINEZ LAW FIRM**

/s/Peter Felix   /s/Eric M. Martinez
**PETER FELIX, Debtor**   **ERIC M. MARTINEZ**
SBN: 24034822
Attorney for Debtors
/s/Marina Felix   5601 Montana Avenue, Suite A
**MARINA FELIX, Debtor**   El Paso, TX 79925
email: ericmartinez1@yahoo.com
(915) 490-0063 / Fax (915) 772-0257

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument to Mr. Stuart C. Cox, Standing Chapter 13 Trustee, 1760 N. Lee Trevino, El Paso, TX 79936, to the Debtors, Mr. & Mrs. Peter Felix, 11534 Jacquelin Ann, El Paso, TX 79936, and to the Creditor, RREF II CB ACQUISITIONS, LLC; c/o Jones Walker LLP, 201 S. Biscayne Blvd., Ste. 2600, Miami, FL 33131, on this the 1st day of August, 2016.

/s/Eric M. Martinez
**ERIC M. MARTINEZ**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **In Re:** | * | |
| | * | |
| **PETER FELIX and wife,** | * | **CASE NO. 16-31028** |
| **MARINA FELIX,** | * | |
| | * | **CHAPTER 13** |
| Debtors. | * | |

### ORDER GRANTING DEBTORS' OBJECTION TO THE CLAIM OF RREF II CB ACQUISITIONS, LLC; COMPASS BANK; STATE NATIONAL BANK, CLAIM #2

Came on to be considered, the Objection to the Claim filed herein by the Debtors, **PETER FELIX and MARINA FELIX,** by and through their attorney of record, **ERIC M. MARTINEZ with the MARTINEZ LAW FIRM**, objecting to the claim of RREF **II CB ACQUISITIONS, LLC** being Claim No. 2 on the Court's Claim Docket in the amount of $729,131.52.

Notice of filing of the Objection was issued to **RREF II CB ACQUISITIONS** and parties interest in this proceeding. The Notice specified that the Objection would be approved by the Court unless a written objection to the action was filed with this Court within twenty-one (21) days from the date of the Notice. No written objection to the Objection was filed within the time allowed, it is, therefore;

**ORDERED, ADJURED AND DECREED** that the Claim of **RREF II CB ACQUISITIONS, LLC**, in the amount of $729,131.52, being Claim No. 2, be removed from the Court's Claim Docket in its entirety.

**IT IS FURTHER ORDERED** that a copy of this order will be served by the Clerk's office upon the claimant **RREF II CB ACQUISITIONS, LL**C., c/o Jones Walker LLP, 201 S. Biscayne Blvd., Ste. 2600, Miami, Florida 33131.

###

Prepared by:   MARTINEZ LAW FIRM
Eric M. Martinez, Attorney for Debtor
5601 Montana Avenue, Suite A
El Paso, TX  79925
(915) 490-0063 / Fax (915) 772-0257
email:  ericmartinez1@yahoo.com